# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————

Case No. 5D22-313
LT Case No. 2018-CF-000169

———————————————

DEVIAUN ANTRIEL TOLER,

 Appellant,

 v.

STATE OF FLORIDA,

 Appellee.

———————————————

On appeal from the Circuit Court for Flagler County.
Terence R. Perkins, Judge.

Robert David Malove, of Robert David Malove, P.A., Ft. Lauderdale, for Appellant.

Ashley Moody, Attorney General, Tallahassee, and Daniel P. Caldwell, Assistant Attorney General, Daytona Beach, for Appellee.

November 28, 2023

PER CURIAM.

 AFFIRMED.

WALLIS, JAY, and HARRIS, JJ., concur.

———————————————

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

———————————————